STATE OF NEW JERSEY v. WILLIAM DENNO.

May 20, 1986.

Petition for certification denied.  (See 206 *N.J.Super.* 359)

STATE OF NEW JERSEY v. KEVIN V. WILHAME.

May 20, 1986.

Petition for certification denied.  (See 206 *N.J.Super.* 359)

STATE OF NEW JERSEY v. FREDDIE GOODE.

May 20, 1986.

Petition for certification denied.

HOLMDEL NURSING HOME & HOLMDEL CONVALESCENT CEN-
TER, INC. v. DIVISION OF MEDICAL ASSISTANCE
AND HEALTH SERVICES.

May 20, 1986.

Petition for certification denied.